*Messrs. Homer Cummings, Walter N. Maguire,* and *Charles D. Lockwood* for respondent.

No. 654. PADGETT *v.* DISTRICT OF COLUMBIA;
No. 655. HILTON *v.* SAME;
No. 656. ELY *v.* SAME;
No. 657. STEINBERG *v.* SAME;
No. 658. NEWMAN *v.* SAME;
No. 659. JOHNSON *v.* SAME; and
No. 660. HERRON *v.* SAME. March 12, 1930. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Paul E. Lesh, Stanton C. Peelle, C. F. R. Ogilby, Dale D. Drain,* and *Jerome F. Barnard* for petitioners. *Messrs. William W. Bride* and *F. H. Stephens* for respondent.

No. 692. HINKLEY ET AL., TRUSTEES, *v.* ART STUDENTS LEAGUE OF NEW YORK. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederick J. Singley* for petitioners. *Mr. Charles McH. Howard* for respondent.

No. 610. ST. LOUIS SOUTHWESTERN RY. Co. *v.* TEAGUE. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Q. Mahaffey, J. R. Turney,* and *John J. King* for petitioner. *Mr. Wright Patman* for respondent.

No. 618. BUTLER HOTEL Co., INC. ET AL. *v.* UNITED STATES. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit